No. 71–1529. POFF, DBA 1ST KING *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–1563. BOEING Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–6928. VALENTINE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–185. BYRD *v.* DISTRICT OF COLUMBIA ALCOHOLIC BEVERAGE CONTROL BOARD. Ct. App. D. C. Certiorari denied.

No. 72–195. COLEMAN, DBA CLUB HI DOLLY *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–279. KNOX *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–441. WILLIAMS ET AL. *v.* BORNEMEIER ET AL.; and

No. 72–648. MORGAN *v.* BORNEMEIER ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–542. SLATKO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.